0510935

.S. Bankruptcy Court
lympic Towers
)0 Pearl Street, Suite 250
uffalo, NY 14202-2501

IN RE
KARYN A KRYTUS
42 STRASBOURG DR.

CHEEKTOWAGA, NY 14227
SSN or Tax I.D.   XXX-XX-2273


FILED AUG 11 2010 BANKRUPTCY COURT BUFFALO, NY

CLAIM NO: -Court-A     U.S.

U.S. Bankruptcy Court
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

ORDER DISCHARGING DEBTOR AFTER COMPLETION
OF CHAPTER 13 PLAN

The court finds that the Debtor filed a petition under Title 11, United States Code, on February 10, 2005, that the Debtor's plan has been confirmed, and that the Debtor has fulfilled all requirements under the plan.

It is ordered that:

1. Pursuant to 11 U.S.C. Section 1328(A), the Debtor is discharged from all debts provided for by the plan or disallowed under 11 U.S.C. Section 502, except any debt:

   A. Provided for under 11 U.S.C. Section 1322(B)(5) and on which the last payment is due after the date on which the final payment under the plan was due;

   B. In the nature of alimony to, maintenance for, or support of a spouse, former spouse, or child of the debtor in connection with a separation agreement, divorce decree or other order of a court of record, or property settlement agreement, as specified in 11 U.S.C. Section 523(A)(5);

   C. For a student loan or educational benefit overpayment as specified in 11 U.S.C. Section 523(A)(8);

   D. For a death or personal injury caused by the Debtor's unlawful operation of a motor vehicle while intoxicated from using alcohol, a drug, or another substance, as specified in 11 U.S.C. Section 523(A)(9), in a case commenced on or after November 15, 1990;

   E. For restitution included in a sentence on the Debtor's conviction of a crime, in a case commenced on or after November 15, 1990; or

   F. For a fine included in a sentence on the Debtor's conviction of a crime, in a case commenced on or after October 22, 1994.

2. Pursuant to 11 U.S.C. Section 1328(D), the Debtor is not discharged from any debt based on an allowed claim filed under 11 U.S.C. Section 1305(A)(2) if prior approval by the trustee of the Debtor's incurring such debt was practicable and was not obtained.

3. Notwithstanding the provisions of Title 11, United States Code, the Debtor is not discharged from any debt made non-dischargable by 18 U.S.C. Section 3613(F), by certain provisions of Titles 10,37,38,42 and 50 of the United States Code, or by any other applicable provisions of law.

4. All creditors are prohibited from attempting to collect any debt that has been discharged in this case.

DATED: August 10, 2010 at Buffalo, NY
BY THE COURT                  Michael J. Kaplan
                                     Bankruptcy Judge

n the event of severe weather or other emergency situations, please call (716)362-3200 (Buffalo) fter 7:00am EST or visit www.nywb.uscourts.gov for updated court closing information.

| | | | |
|---|---|---|---|
| Court | | U.S. Bankruptcy Court<br>300 Pearl Street, Suite 250 | Olympic Towers<br>Buffalo, NY 14202-2501 |
| Trustee | | Albert J. Mogavero<br>110 Pearl Street 6th Floor | The Dun Building<br>Buffalo, NY 14202 |
| Debtor | | KARYN A KRYTUS | 42 STRASBOURG DR.<br>CHEEKTOWAGA, NY 14227 |
| 99 | 000001 | PAUL WALIER, ESQ. | 1369 ABBOTT ROAD<br>LACKAWANNA, NY 14218-0000 |
| 24 | 000027 | ROSICKI, ROSICKI & ASSOC. | 51 E. BETHPAGE ROAD<br>PLAINVIEW, NY  -1180 |
| 13 | 000006 | MORTGAGE ELECTRONIC REGISTRATION SY<br>115 EILEEN WAY, P.O. BOX 9021 | % CARUS & MANNIELLO, PC<br>SYOSETT, NY 11791-9021 |
| 23 | 000026 | CARUS & MANNIELLO, PC<br>P.O. BOX 9021 | 115 EILEEN WAY<br>SYOSSET, NY 11791-9021 |
| 03 | 000008 | ERIE COMMUNITY COLLEGE<br>S4041 SOUTHWESTERN BLVD | ACCOUNTS RECEIVABLE<br>ORCHARD PARK, NY 14127 |
| 04 | 000009 | ERIE COUNTY DEPT OF SOCIAL SVCS | 95 FRANKLIN ST, ROOM 746<br>BUFFALO, NY 14202-0000 |
| 18 | 000020 | SISTER'S OF CHARITY HOSPITAL<br>BILLING DEPT./CASHIER'S OFFICE | 2157 MAIN STREET<br>BUFFALO, NY 14214-2692 |
| 19 | 000021 | SISTER'S OF CHARITY HOSPITAL<br>BILLING DEPT./CASHIER'S OFFICE | 2157 MAIN STREET<br>BUFFALO, NY 14214-2692 |
| 20 | 000022 | SISTER'S OF CHARITY HOSPITAL<br>BILLING DEPT./CASHIER'S OFFICE | 2157 MAIN STREET<br>BUFFALO, NY 14214-2692 |
| 15 | 000017 | OUR LADY OF VICTORY HOSPITAL | 55 MELROY<br>LACKAWANNA, NY 14218-0000 |
| 10 | 000014 | MERCY HOSPITAL OF BUFFALO | 565 ABBOTT ROAD<br>BUFFALO, NY 14220-0000 |
| 11 | 000015 | MERCY HOSPITAL OF BUFFALO | 565 ABBOTT ROAD<br>BUFFALO, NY 14220-0000 |
| 21 | 000023 | SOUTH BUFFALO MERCY HOSPITAL<br>PO BOX 3133 | 565 ABBOTT ROAD<br>BUFFALO, NY 14220-0000 |
| 01 | 000004 | BENEFICIAL FINANCE | 290 CENTER ROAD, STE 12<br>BUFFALO, NY 14224-1945 |
| 09 | 000024 | KRYTUS, JOSPEH | 1031 93RD ST.<br>NIAGARA FALLS, NY 14304 |
| 06 | 000011 | GMAC | PO BOX 22780<br>ROCHESTER, NY 14692 |
| 16 | 000018 | QUEST DIAGNOSTICS | PO BOX 64477<br>BALTIMORE, MD 21264-4477 |
| 17 | 000019 | QUEST DIAGNOSTICS | PO BOX 64477<br>BALTIMORE, MD 21264-4477 |
| 02 | 000007 | CAPITAL ONE<br>CUSTOMER SERVICE | P.O. BOX 85015<br>RICHMOND, VA 23285-5015 |
| 05 | 000010 | FASHION BUG | PO BOX 84073<br>COLUMBUS, GA 31908-4073 |
| 12 | 000005 | US BANK HOME MORTGAGE<br>P.O. BOX 20005 | 4801 FREDERICA STREET<br>OWENSBORO, KY 42304-0005 |
| 22 | 000025 | US BANK HOME MORTGAGE<br>P.O. BOX 20005 | 4801 FREDERICA STREET<br>OWENSBORO, KY 42304-0005 |

| | | | |
|---|---|---|---|
| 14 | 000016 | ECMC | PO 75848, LOCK BOX 8682<br>ST. PAUL, MN 55175-0848 |
| 07 | 000012 | GROWING FAMILY | 4203 EARTH CITY EXPRESSWAY<br>EARTH CITY, MO 63045 |
| 08 | 000013 | J.C. PENNEY COMPANY, INC. | P.O. BOX 65<br>DALLAS, TX 75221-0000 |

28 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 08/10/2010.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON    08/10/2010    BY /S/EPIQ Systems, Inc.

Type of notice sent: Discharge After Completion

M - Indicates notice served via Certified Mail